**ROBERT Z. DEMARCO, ESQ.**
Nevada Bar No. 12359
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Defendant, BRUCE OLSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:22-mj-00369-BNW |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| BRUCE OLSON, ) | **TRIAL AND** |
| ) | **[PROPOSED ORDER]** |
| Defendants. ) | **[FIRST REQUEST]** |
| ) | |

**IT IS HEREBY STIPULATED and AGREED** by and between Angelica Marmorstein, Esq., Assistant United States Attorney, and Robert Z. DeMarco, Esq., attorney for Defendant, Bruce Olson that the trial currently scheduled for August 17, 2022, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has been in communication with Assistant United States Attorney Angelica Marmorstein in an effort to resolve this matter. The parties believe that the additional time requested herein will assist them in their efforts to resolve the case;

2. Counsel for defendant needs additional time to review discovery, conduct investigation, and prepare for trial;

3. Assistant United States Attorney Angelica Marmorstein does not object to the requested continuance;

4. Defendant is out of custody and consents to this continuance;

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively represent the Defendant in this case; and

6. This is the first request to continue the trial date.

**DATED** this 15th day of August, 2022.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Angelica Marmorstein | /s/ Robert Z. DeMarco |
| **AUSA ANGELICA MARMORSTEIN, ESQ.** | **ROBERT Z. DEMARCO, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 12359 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant |
| | BRUCE OLSON |

## ORDER

**IT IS THEREFORE ORDERED** that the trial currently scheduled for September 17, 2022, at the hour of 9:00 a.m., be vacated and continued to __October 19__, 2022 at the hour of 9:00 a..m.

**IT IS SO ORDERED.**

**DATED** this <u>16th</u> day of __August__, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

   */s/* Robert Z. DeMarco
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Defendant, BRUCE OLSON