**ROBERT Z. DEMARCO, ESQ.**
Nevada Bar No. 12359
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Defendant, BRUCE OLSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
*** * * ***

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:22-mj-00369-BNW |
| ) | |
| ) | STIPULATION TO CONTINUE |
| BRUCE OLSON, ) | AND [PROPOSED ORDER] |
| ) | |
| Defendants. ) | [SECOND REQUEST] |
| ) | |

**IT IS HEREBY STIPULATED and AGREED** by and between Angelica Marmorstein, Esq., Assistant United States Attorney, and Robert Z. DeMarco, Esq., attorney for Defendant, Bruce Olson that the hearing currently scheduled for October 19, 2022, at 9:00 a.m., be vacated and continued to November 30, 2022 at 9:00 a.m., or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has been in communication with Assistant United States Attorney Angelica Marmorstein in an effort to resolve this matter. The parties are finalizing settle documents to resolve the case;

2. Counsel for defendant has a scheduling conflict;

3. Assistant United States Attorney Angelica Marmorstein does not object to the requested continuance;

4. Defendant is out of custody and consents to this continuance;

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively represent the Defendant in this case; and

6. This is the second request to continue the trial date.

**DATED** this 18th day of October, 2022.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Angelica Marmorstein | /s/ Robert Z. DeMarco |
| **AUSA ANGELICA MARMORSTEIN, ESQ.** | **ROBERT Z. DEMARCO, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 12359 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant |
| | BRUCE OLSON |

## ORDER

**IT IS THEREFORE ORDERED** that the hearing currently scheduled for October 19, 2022, at the hour of 9:00 a.m., be vacated and continued to  November 30, 2022 , 2022 at the hour of 9:00 a..m.

**IT IS SO ORDERED.**

**DATED** this 18th day of  October , 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

   */s/* Robert Z. DeMarco
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Defendant, BRUCE OLSON